# EXHIBIT 6

Plaintiff
A Collins
First witness statement
Exhibit AC1
28 March 2024

**Civil Action No. 24-CV-000231**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BETWEEN:**

**WALDEN MACHT & HARAN LLP** Plaintiff

**v**

**JULIO MARTIN HERRERA VELUTINI** Defendant

---

**FIRST WITNESS STATEMENT OF ASHLEY COLLINS**

---

I, Ashley Collins, of Cohen & Gresser (UK) LLP, 2-4 King Street, St. James's, London, SW1Y 6QP **WILL SAY AS FOLLOWS**:

1. I am a barrister who is authorised and regulated by the Bar Standards Board. I am authorised to conduct litigation in England and Wales.

2. I am an Associate in the London office of Cohen & Gresser ("**C&G**"). Cohen & Gresser (UK) LLP ("**C&G UK**"), through which I practice, is authorised and regulated by the Solicitors Regulation Authority under registration number 647311.

3. Unless I indicate otherwise, I make this statement from my own knowledge. Where the contents of this statement are within my personal knowledge, I believe them to be true. Where matters are not within my personal knowledge, the contents are true to the best of my knowledge and belief, and I identify the source of my information.

4. This witness statement has been prepared by me in connection with the above-named proceedings in which C&G is instructed by the Plaintiff.

5. There is now produced and shown to me a paginated bundle of true copy documents marked ["**AC1**"]. All references to documents in this statement are to Exhibit AC1 unless otherwise stated.

6. On 15 March 2024, I instructed a process server through a company called Tremark Associates Limited ("**Tremark**") to serve three documents on the Defendant. Amongst other accreditations, and as confirmed on its website (https://www.tremark.co.uk/compliance-competency-confidentiality/), Tremark is a corporate member of the Association of British Investigators.

7. The documents to be served were provided to C&G by the Plaintiff and consisted of:

   a. the complaint for the proceedings in the United States District Court of Southern District of New York between the Plaintiff and the Defendant (Docket 1);

   b. the summons issued in connection with that complaint (Docket 4); and

   c. the corrected civil cover sheet (Docket 5) (together, the "**Claim Documents**").

8. In addition, on 22 March 2024, I instructed an Executive Assistant at C&G UK to arrange a courier service to collect the documents from C&G UK's office in London and deliver them to the Defendant at the following address, which (without waiving any legal professional privilege) C&G UK is instructed to be the Defendant's residential address:

   26 Dover Street
   London
   W1S 4LY
   (the "**Defendant's Address**").

9. On that same day (i.e., 22 March 2024), I instructed the same Executive Assistant to arrange for the Claim Documents to also be posted to the Defendant's Address using Royal Mail. The

documents were sent by Royal Mail Special Delivery with a guarantee of delivery by 1.00pm on the next working day.

10. I refer to page 1 of AC1 which is a delivery receipt from Addison Lee, the selected courier service, dated 22 March 2024. The receipt shows that the documents were left at the Defendant's Address by the courier at 12.10pm and signed for by an individual at the reception of the residence. A copy of the signature is provided within the receipt along with a photograph of the location at the Defendant's Address where the Claim Documents were delivered.

11. I refer to page 4 of AC1 which is a receipt of postage of the documents via Royal Mail dated 22 March 2023 at 12.22pm.

12. On 25 March 2024, I accessed the 'Track and Trace' service on the Royal Mail website to check the delivery status of the Claim Documents to the Defendant's Address. A copy of the delivery receipt is produced at page 5 of AC1 which confirms that the documents were delivered and signed for at the Defendant's Address at 1.18pm on 25 March 2024.

Statement of Truth

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Signed: A. Collins

Name: Ashley Collins

Date: 28 MARCH 2024

Plaintiff
A Collins
First witness statement
Exhibit AC1
28 March 2024

**Civil Action No. 24-CV-000231**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BETWEEN:**

**WALDEN MACHT & HARAN LLP** Plaintiff

**v**

**JULIO MARTIN HERRERA VELUTINI** Defendant

---

**Exhibit AC1**

---

**From:** Addison Lee <no-reply@addisonlee.com>
**Sent:** Friday, March 22, 2024 12:16 PM
**To:** Jenny Osei <JOsei@CohenGresser.com>
**Subject:** Addison Lee Booking - POD for Job 449970.

**This message could be suspicious**
- Similar name as someone you've contacted.
- You've never replied to this person.

Report or Mark as Safe Powered by Mimecast

# PROOF OF DELIVERY

Dear Customer,

Please find below your proof of delivery signature

for job number: **#449970**

The quickest way to book is on our web booker.

Click here to book your new courier.

## SIGNATURE



SIGNED FOR BY

Mark Reception

DELIVERED TO

W1S 4LY

SIGNED FOR AT

22/03/2024 12:10

## DELIVERY PHOTO

Your parcel was delivered by Addison Lee.



PICK UP

Cohen & Gresser (UK) LLP, 2-4 King Street, London, SW1Y 6QL

CONTACT

Jenny Osei - 07851247762

DROP OFF

26 Dover Street, London, W1S 4LY

Drop notes: Signature required.

CONTACT

Julio Martin Herrera Velutini - 07851247762

**DATE & TIME**

22/03/2024 (ASAP)

**SERVICE**

Bike Delivery - Cuts through city traffic

**PICK UP CONTACT**

Jenny Osei - 07851247762

**DROP OFF CONTACT**

Julio Martin Herrera Velutini - 07851247762

**REFERENCE**

Sending for John Abernethy.

www.addisonlee.com

Addison Lee's Terms and Conditions of Trading which can be accessed at http://www.addisonlee.com/terms-2/ apply to all bookings and are incorporated in and form part of all contracts for services unless agreed otherwise by Addison Lee in writing. When making a non-account booking, the customer contracts directly with the driver allocated. Additional charges will apply for any changes you make to the original booking including, but not limited to, change of route, waiting time, car parking, additional pickups or drop offs, address changes or vehicle changes. Additional charges will be deducted from your credit or debit card after your journey has completed. For more information, please see our terms and conditions.

Please see our Privacy Notice https://www.addisonlee.com/privacy-notice/ for details of how we handle your personal data including the information collected, how it may be used and when it may need to be shared.

© 2024 Addison Lee Limited | Registered in England: No. 01205530 | Registered Office: The Point, 37 North Wharf Road, London, England, W2 1AF

Post Office Ltd.
Your Self Service Receipt

11 Regent Street St. James's
London
Greater London
SW1Y 4LR

| | |
|---|---|
| Date and Time: | 22/03/2024 12:22 |
| Session ID: | 70-94015 |
| Host ID: | 1 |
| Dest: | UK (EU) |
| Quantity: | 1 |
| Weight: | 0.087 kg |
| Item Value: | under £20 |
| Special D by 1 | £8.82 |
| Saturday Delivery | £3.00 |
| Total Cost of Services | £11.82 |
| Posted after Last Collection? | No |

Reference Number: NE372566181GB

DESTINATION ADDRESS

| Building Name or Number | Postcode |
|---|---|
| 26 | W1S 4LY |
| Address Validated? | N |

IT IS IMPORTANT THAT YOU RETAIN THIS RECEIPT AS IT IS YOUR PROOF OF POSTING

PLEASE REFER TO SEPARATE TERMS AND CONDITIONS

Special Delivery Guaranteed by 1pm is a next day guaranteed service with tracking and signature on delivery.
Visit www.royalmail.com to track your item and signature, or to find out more about Royal Mail products and services

This is not a VAT Receipt
Thank You

← **Track another item** Cymraeg



# Delivered

Your item was delivered on **25-03-2024**.

Not the signature you expected? Find out why.

**Tracking number:**
NE372566181GB

**Service used:**
Royal Mail Special Delivery Guaranteed 1pm™

## Proof of delivery

Tracking Assistant





Signed for by: 26 DOVER ST

Delivered at: 13:18, Monday 25 March 2024

## Tracking history

## Map of delivery location

## Need help?

I need help with my referen

Tracking Assistant

What does my tracking message mean?

My tracking message looks wrong

My item is shown as delivered but it hasn't been

Help tracking items posted to another country from the UK



007