**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WALDEN MACHT AND HARAN LLP,

                Plaintiff,                 24 **CIVIL** 0231 (NRB)

    -against-                   **JUDGMENT**

JULIO MARTIN HERRERA VELUTINI,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 13, 2024, plaintiff's motion for a default judgment is granted. Plaintiff is awarded $495,847.70 and is entitled to post-judgment interest under 28 U.S.C. § 1961. Accordingly, the case is closed.

    **Dated:**  New York, New York

      August 14, 2024

                                              **DANIEL ORTIZ**
                                         **Acting Clerk of Court**

                              **BY:**  _____
                                                **Deputy Clerk**